**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**HATTIESBURG DIVISION**

**JAMIE KELLDORF**                                                              **PLAINTIFF**

**v.**                                                                                                     **No. 2:09cv4-KS-MTP**

**MITZI RUSSELL**                                                             **DEFENDANTS**

## ORDER ON MOTION TO QUASH

THIS MATTER is before the court on the motion [17] of defendant Mitzi Russell ("Russell") to quash a subpoena served upon The Citizens National Bank of Meridian ("The Bank"). The court having considered the motion and the arguments of counsel during a telephonic hearing finds that the motion to quash should be DENIED. However, as the records involved include personal financial information of a confidential nature, Russell is entitled to a protective order limiting the use and dissemination of the records.

IT IS, THEREFORE, ORDERED as follows:

1. The Motion [17] to Quash subpoena is denied. The Bank shall produce the records demanded in the subpoena. Any reasonable costs associated with production of the records are the sole responsibility of plaintiff Jamie Kelldorf; and

2. Plaintiff Jamie Kelldorf, her attorneys and any experts employed to assist in this matter may review the documents produced pursuant to the subpoena at issue. No other person may review the records absent further order of the court or written permission of Russell or her attorney. The documents or records shall not be used for any purpose other than the preparation of this case for trial or disposition. Upon the final disposition of this matter and written request of Russell or her counsel, Jamie Kelldorf shall return the records

produced pursuant to the subpoena, and any copies thereof, to Russell or her attorney.

SO ORDERED this the 16th day of April, 2008.

s/ Michael T. Parker
United States Magistrate Judge